No. A-CV-10-81

COURT OF APPEALS OF THE NAVAJO NATION

April 22, 1983

Herbert MORGAN, et.al, Appellants,

vs.

THE NAVAJO NATION, Appellees.

The order dated January 13, 1983 mistakenly recites that William Riordan, Esq. of the Department of Justice is the counsel for the appellee. He advises the court that is not the situation.

Therefore it is ORDERED that Mr. Riordan's name be striken from the opinion.